# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**STEVEN DAVIES,**

      **Plaintiff,**

v.                                 **CIVIL ACTION NO.**
                                    **2:16-CV-00151-UA-CM**

**EXETER FINANCE CORP.,**

      **Defendant.**

_____ /

## NOTICE OF SETTLEMENT

      **COMES NOW** defendant Exeter Finance Corp. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Steven Davies against Defendant.

      Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

      Respectfully submitted this 25th day of May, 2016.

                                                  */s/ R. Frank Springfield*
                                                  R. Frank Springfield, Esquire
                                                  Florida Bar # 0010871
                                                  fspringf@burr.com
                                                  Matthew Mitchell, Esquire
                                                  Florida Bar #0018319
                                                  mmitchell@burr.com;
                                                  Jacqueline Simms-Petredis, Esquire
                                                  Florida Bar # 0906751
                                                  jsimms-petredis@burr.com;
                                                  **Burr & Forman LLP**
                                                  201 N. Franklin Street, Suite 3200
                                                  Tampa, FL 33602
                                                  Telephone: (813) 221-2626
                                                  Facsimile: (813) 221-7335
                                                  ***Attorneys for Exeter***

**CERTIFICATE OF SERVICE**

    I do hereby certify that on this the 25th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court in U.S. District Court, Middle District of Florida, by using the CM/ECF system, which will send a notice of electronic filing to:

Octavio Gomez
Frank H. Kerney, III
Morgan & Morgan, Tampa, P.A.
201 N. Franklin St., 7th FL
Tampa, FL 33602

                                               */s/ R. Frank Springfield*
                                               OF COUNSEL